KATHLEEN DUFFY, ADMINISTRATRIX (ESTATE OF SAGE T. WARREN), ET AL. *v.* JULIE S. FLAGG ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 88 Conn. App. 484 (AC 24460), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's ruling excluding certain evidence regarding the issue of informed consent?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17455.

*Charles W. Fleischmann, Paul E. Pollock* and *David J. Robertson,* in support of the petition.

*Antonio Ponvert III,* in opposition.

Decided June 22, 2005

ACE EQUIPMENT SALES, INC. *v.* H.O. PENN MACHINERY COMPANY, INC.

*Kirk D. Tavtigian, Jr.,* in support of the petition.

*Alan S. Dambrov,* in opposition.

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 775 (AC 25430), is granted, limited to the following issue:

* The appeal was withdrawn February 3, 2006.